Rosario SIMON, a.k.a. Rosario
Angela Plurad, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney
General, Respondent.

No. 10–73461.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 1, 2013.*

Filed Aug. 20, 2013.

Dominic Edward Capeci, I, Esquire,
Law Offices of Kaiser and Capeci, San
Francisco, CA, for Petitioner.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument.

718

Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, OIL, Karen Y. Stewart, Esquire, DOJ–U.S. Department of Justice, Washington, DC, for Respondent.

Before: GRABER, WARDLAW, and PAEZ, Circuit Judges.

MEMORANDUM **

Rosario Simon, a native and citizen of the Philippines, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing her appeal from an immigration judge's decision denying her application for cancellation of removal. We dismiss the petition for review.

The BIA denied cancellation on two alternative grounds. The first is a discretionary conclusion that Petitioner failed to demonstrate good moral character on account of a fraudulent marriage, entered into so as to procure immigration benefits for Petitioner's daughter. We lack jurisdiction to review that determination. *See Lopez–Castellanos v. Gonzales*, 437 F.3d 848, 854 (9th Cir.2006). We therefore need not reach the second ground, in which the BIA found her statutorily barred from establishing good moral character.

**PETITION FOR REVIEW DISMISSED.**

*See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.